UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DENA PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　Defendant. | **Case No.: 1:14-cv-1770** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DENA PHILLIPS ("Plaintiff"), through her attorney, AGRUSS LAW FIRM, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, ENHANCED RECOVERY COMPANY, LLC,

DATED:  January 7, 2015　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　Agruss Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　4619 N Ravenswood Ave
　　　　　　　　　　　　　　　　　　　　Suite 303a
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60640
　　　　　　　　　　　　　　　　　　　　Tel: 312-224-4695
　　　　　　　　　　　　　　　　　　　　Fax: 312-253-4451
　　　　　　　　　　　　　　　　　　　　michael@agrusslawfirm.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

On January 07, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendants Compliance Officer, Rocky Landoll, at rlandoll@erccollections.com

By: /s/Michael S. Agruss
Michael S. Agruss