# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

DENA PHILLIPS,

      Plaintiff,

  v.

ENHANCED RECOVERY COMPANY, LLC,

      Defendant.

**Case No.: 1:14-cv-1770**

**ORDER DIRECTING THE CLERK TO ADMINISTRATIVELY CLOSE THIS CASE**

On January 7, 2015, Plaintiff, DENA PHILLIPS, filed a Notice of Voluntary Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Doc. 9.

Rule 41(a)(1)(A), in relevant part, provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Rule 41(a)(1)(B) further provides that a dismissal pursuant to Rule 41(a)(1)(A) is without prejudice "[u]nless the notice or stipulation states otherwise."

A notice of dismissal under Rule 41(a)(1) is self-executing; a court order is not required to effectuate the dismissal.  *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The

dismissal is effective on filing [of a notice pursuant to Rule 41(a)(1)] and no court order is required."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." *Id*. "Such a dismissal leaves the parties as though no action had been brought." *Id*.

Here Plaintiff has filed a notice of voluntary dismissal indicating that she "voluntarily dismisses this case, without prejudice, against Defendant, Enhanced Recovery Company, LLC." Doc. 9. Defendant Enhanced Recovery Company, LLC has not yet filed an answer or a motion for summary judgment in the case. Therefore, pursuant to Rule 41(a)(1)(A)(i), the dismissal of the action, without prejudice, was effective upon the filing of Plaintiff's notice of voluntary dismissal. Accordingly, the Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

   Dated:   **January 9, 2015**                    **/s/ Gary S. Austin**
                                                                                 UNITED STATES MAGISTRATE JUDGE